**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 97-6346**

─────────────

ALBERT CURTIS MILLS,

Plaintiff - Appellant,

versus

EUGENE NUTH, Warden,

Defendant - Appellee.

─────────────

Appeal from the United States District Court for the District of Maryland, at Baltimore. Deborah K. Chasanow, District Judge. (CA-97-144-DKC)

─────────────

Submitted: December 23, 1997      Decided: January 9, 1998

─────────────

Before WILLIAMS and MICHAEL, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Albert Curtis Mills, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's orders dismissing without prejudice his 42 U.S.C. § 1983 (1994) complaint and denying his motion for reconsideration. The district court dismissed Appellant's complaint without prejudice for failure to allege facts showing that his constitutional rights were violated. Because a dismissal without prejudice is not generally appealable, we dismiss the appeal. See Domino Sugar Corp. v. Sugar Workers Local Union 392, 10 F.3d 1064, 1066-67 (4th Cir. 1993). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2